UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STAR2STAR COMMUNICATIONS, LLC,

    Plaintiff,

v.                                                               Case No. 8:20-cv-2078-TPB-JSS

AMG GROUP OF BRUNSWICK, LLC,

    Defendant.
_____/

# ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on consideration of the report and recommendation of Julie S. Sneed, United States Magistrate Judge, entered on August 5, 2022. (Doc. 85). Judge Sneed recommends that "Plaintiff's Renewed Motion for Attorney Fees and Costs" (Doc. 78) be granted in part and denied without prejudice in part. Judge Sneed specifically recommends that the Court find that Plaintiff is entitled to attorney's fees, and that Plaintiff be allowed to file a bill of costs and supporting documentation.[1] Defendant has filed an objection. (Doc. 90).

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); *Williams v. Wainwright*, 681 F.2d 732 (11th Cir. 1982). In the absence of specific objections, there is no

---

[1] Plaintiff filed its proposed bill of costs on August 19, 2022. (Doc. 88).

requirement that a district judge review factual findings *de novo*, *Garvey v. Vaughn*, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject, or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. *See Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994); *Castro Bobadilla v. Reno*, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), *aff'd*, 28 F.3d 116 (11th Cir. 1994) (table).

Upon due consideration of the record, including Judge Sneed's report and recommendation, the Court adopts the report and recommendation.  The Court agrees with Judge Sneed's well-reasoned factual findings and conclusions, and the objection does not provide a basis for overruling the report and recommendation. Consequently, Consequently, "Plaintiff's Renewed Motion for Attorney Fees and Costs" is granted in part and denied without prejudice in part.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1) Judge Sneed's report and recommendation (Doc. 85) is **AFFIRMED** and **ADOPTED** and **INCORPORATED BY REFERENCE** into this Order for all purposes, including appellate review.

(2) "Plaintiff's Renewed Motion for Attorney Fees and Costs" (Doc. 78) is hereby **GRANTED IN PART** and **DENIED WITHOUT PREJUDICE IN PART.**

(3) The Court finds that Plaintiff is entitled to attorney's fees.  Plaintiff is directed to file its supplemental motion for amount of attorney's fees in

accordance with the requirements of Local Rule 7.01(c).

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 25th day of August, 2022.

**TOM BARBER**
**UNITED STATES DISTRICT JUDGE**